IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JILL BERNSTEIN, ET AL.          :
                                :    CIVIL ACTION
        v.                      :
                                :    No. 09-659
SHALE STILLER, ET AL.           :

**O R D E R**

**AND NOW,** this 27th day of June, 2013, upon consideration of Respondents' Joint Motion to Dismiss (ECF No. 3) and Petitioners' Cross-Motion For Remand (ECF No. 5), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Respondents' Joint Motion to Dismiss is **GRANTED,** and Petitioners' Cross-Motion For Remand is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**